**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01260-CR

**NATHANIEL SCOTT ALLAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-84804-2011**

## ORDER

The Court **GRANTS** court reporter Jennifer Corley's December 2, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Corley to file the record by **JANUARY 10, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jennifer Corley, official court reporter, County Court at Law No. 6, and to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE